# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145395

MSX INTERNATIONAL PLATFORM
SERVICES, LLC, d/b/a MSX
INTERNATIONAL,
          Plaintiff/Counter-
          Defendant-Appellee,

v

BRIAN HURLEY,
          Defendant/Counter-
          Plaintiff-Appellant.
_____/

SC: 145395
COA: 300569
Wayne CC: 10-006007-CL

On order of the Court, the application for leave to appeal the May 22, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2012

_____
Clerk

d1205